

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:       Feroze Abdullah  **V.**  Amreit SPF Shadow Creek, L.P.

Appellate case number:   01-12-01163-CV

Trial court case number:  67163

Trial court:                        23rd District Court of Brazoria County

Date motion filed:            January 31, 2014

Party filing motion:          Appellant


      It is ordered that the motion for rehearing is ⊠ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Michael Massengale_____
                                      ☐ Acting individually     ⊠ Acting for the Court

Panel consists of: Justices Keyes, Higley, and Massengale


Date:  February 20, 2014_____